## DiLacqua, et ux. *v.* Orban, Appellant, et al.

Submitted June 16, 1975. *Nino V. Tinari,* for appellant; *Paul A. Lockrey,* for appellees.

Order affirmed.